GAS 245D    (Rev. 07/22) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Carlos Richardson | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number: 4:18CR00130-1<br>USM Number: 22456-021<br><br>Dennis A. O'Brien, Jr.<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory and special conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You committed another federal, state, or local crime (mandatory condition). | July 29, 2021 |

See Page 2 for Additional Violations.

The defendant is sentenced as provided in Page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s), _____, and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec No.: 1740

Defendant's Year of Birth: 1973

City and State of Defendant's Residence:

Savannah, Georgia

August 30, 2022
Date of Imposition of Judgment

Signature of Judge

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

Aug. 31, 2022
Date

| DEFENDANT: | Carlos Richardson |
|---|---|
| CASE NUMBER: | 4:18CR00130-1 |

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | You committed another federal, state, or local crime (mandatory condition). | April 28, 2022 |
| 3 | You consumed or possessed alcohol (special condition). | May 13, 2022 |
| 4 | You committed another federal, state, or local crime (mandatory condition). | June 3, 2022 |
| 5 | You consumed or possessed alcohol (special condition). | June 3, 2022 |

DEFENDANT: Carlos Richardson
CASE NUMBER: 4:18CR00130-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>6 months.</u>

☒ The Court makes the following recommendations to the Bureau of Prisons:
The Court recommends the defendant be given credit for time served since his arrest on July 12, 2022.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                              _____
                                                              UNITED STATES MARSHAL

                                                   By _____
                                                      DEPUTY UNITED STATES MARSHAL